UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE M. HUBBARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY HARRINGTON, et al.,<br><br>　　　　　Defendants. | Case No.  1:19-cv-1595-AWI-JLT (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CASE FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE**<br><br>**FOURTEEN-DAY DEADLINE** |

　　　　The Court screened Plaintiff's complaint and found it lacked a cognizable claim. The Court directed Plaintiff to submit a notice indicating whether he wished to proceed with the complaint as screened, whether he wished to file a new pleading, or whether he wished to dismiss this action. The Court warned Plaintiff that his failure to comply would result in the recommendation that the action be dismissed for failure to obey a court order and failure to state a claim. The deadline for responding to the Court's order has now passed, and plaintiff has not submitted his notice or an amended pleading, and the time for he has not requested an extension of time to do so. Therefore, the Court **RECOMMENDS** that this action be dismissed for failure to obey a court order and failure to state a claim.

　　　　These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these Findings and Recommendations, the parties may file written

1  objections with the Court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  The parties are advised that failure to file objections within the
3  specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834,
4  839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **October 2, 2020**                    /s/ Jennifer L. Thurston
                                                UNITED STATES MAGISTRATE JUDGE