# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE M. HUBBARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELLY HARRINGTON, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-1595-AWI-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE<br><br>Doc. No. 10 |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

　　　On October 2, 2020, the magistrate judge issued findings and recommendations that recommended this action be dismissed for Plaintiff's failure to obey a court order regarding how he wished to proceed with his action and failure to state a claim.  Doc. No. 10.  The findings and recommendations were served on Plaintiff with notice that any objections to the findings and recommendations were to be filed within fourteen days.  Id.  Plaintiff has not filed objections to the findings and recommendations.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed October 2, 2020 (Doc. No. 10), are adopted in full;

2. This action is dismissed for failure to obey a court order and for failure to state a claim; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 15, 2020

_____
SENIOR DISTRICT JUDGE